U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

Grace Solis vs. Global Acceptance Credit Company, et al      Appeal No. 14-12973-EE

11th Cir. R. 26.1 (see reverse) requires that a Certificate of Interested Persons and Corporate Disclosure Statement be included within the principal brief filed by any party, and included within any petition, answer, motion or response filed by any party. You may use this form to fulfill this requirement. In alphabetical order, with one name per line, please list the trial judge(s), and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

(please type or print legibly):

Grace Solis - Plaintiff
Kathleen M. Williams - Judge
Ronald S. Canter - Attorney for Global Acceptance Credit Company, L.P.
David Hartnett - Attorney for Hayt, Hayt & Landau. P.L.
~~David Hartnett - Atto~~
Hayt, Hayt & Landau. P.L. - Defendant
Robert J. Orovitz - Defendant
Jason Scott Dragutsky - Defendant
Dana Michelle Stern - Defendant
Hinshaw & Culbertson, LLP - Counsel firm - David Hartnett
Global Acceptance Credit Company L.P. - Defendant