## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 02, 2014

Grace Solis
730 86TH ST
MIAMI BEACH, FL 33141

Appeal Number: 14-12973-EE
Case Style: Grace Solis v. Global Acceptance Credit Compa, et al
District Court Docket No: 1:13-cv-23060-KMW

The appendix filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1:

Missing Proof of Service

Please send a copy of the Proof of Service within **FOURTEEN (14) DAYS** from this date.


Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gordon A. Fields
Phone #: (404) 335-6226

APPX-1 Appendix deficiency letter